# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 13-cr-00301-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISRAEL ESPARZA-GUTIERREZ,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Israel Esparza-Gutierrez is sentenced to TIME SERVED.

    DATED: November 27, 2013

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge